UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL KOSSIE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1026** |
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge, except insofar as the recommendation includes a dismissal with prejudice, and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Darrell Kossie's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** on the basis of improper venue and lack of subject matter jurisdiction.

August 11, 2021

_____
**UNITED STATES DISTRICT JUDGE**